# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| NATIVIDAD GUTIERREZ, | Case No. 1:15-cv-00194---SAB |
|---|---|
| Plaintiff, | ORDER APPROVING STIPULATION |
| v. | ECF NO. 9 |
| TIMOTHY PETER HAMBLET, et al., | |
| Defendants. | |

On April 2, 2015, the parties in this action filed a stipulation to extend the time for Defendants to file an answer to Plaintiff's complaint.  The Court approves the stipulation.

Accordingly, it is HEREBY ORDERED that, in accordance with the parties' stipulation, Defendants shall have until April 30, 2015 to file their response to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:   **April 6, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

1